No. 6141. WARD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 6142. VAUGHN *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6143. SAILER *v.* REICHMANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 6145. BRAXTON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 6146. O'NEAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6147. ARNOLD *v.* COAKLEY, DISTRICT ATTORNEY OF ALAMEDA COUNTY, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 6148. MAHONEY *v.* ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 6149. ANDERSON *v.* SINGLETARY, JUDGE. C. A. 4th Cir. Certiorari denied.

No. 6150. NELSON *v.* ZELKER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6151. CORDLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6153. REDA *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 6154. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6155. BRYANT *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 6156. PHILLIPS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.